United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

v.                                              **NO. 3:25-cr-240-TJC-PDB**

**JACK ANNTSAI CHANG ET AL.,**

    *Defendants.*

---

## Order of Recusal

I recuse myself from proceedings in this case because a lawyer with a close family member's law firm represents a party in a related case. The clerk must reassign this case to another United States Magistrate Judge.

**Ordered** in Jacksonville, Florida, on November 13, 2025.

*Patricia D. Barksdale*
Patricia D. Barksdale
United States Magistrate Judge